JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES AMBROSE WILLIAMS, JR., ) | No. ED CV 09-00092-VAP (VBK) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| SAN BERNARDINO COUNTY, ) | |
| Defendants. ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: June 18, 2009

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE