FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES AMBROSE WILLIAMS, JR., | No. CV 09-00092-VAP (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |
| v. | |
| SAN BERNARDINO COUNTY, | |
| Defendants. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered dismissing the Complaint, and the action, without prejudice.

DATED: June 18 2009

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE